UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRI CALIFF,                            Case No. 17-CV-214

       Plaintiff,                        Hon. Paul L. Maloney

vs.

NAVIENT SOLUTIONS, INC.,

       Defendant.

---

| | |
|---|---|
| JOSEPH PANVINI | BENJAMIN A. ANCHILL (P70968) |
| Thompson Consumer Law Group, PLLC | Ogletree, Deakins, Nash, Smoak |
| Attorney for Plaintiff | & Stewart, PLLC |
| 5235 E. Southern Ave., D-106-618 | Attorneys for Defendant |
| Mesa, AZ 85206 | 34977 Woodward Avenue, Suite 300 |
| (602) 388-8875 | Birmingham, MI 48009 |
| jpanvini@consumerlawinfo.com | (248) 593-6400 |
| | benjamin.anchill@ogletreedeakins.com |

---

## STIPULATED ORDER: (1) COMPELLING ARBITRATION AND (2) DISMISSING THE CASE

Upon the stipulation of the parties, the parties agree the claim brought by Plaintiff in the present lawsuit should be submitted to final and binding arbitration pursuant to the arbitration agreement between the parties, and that the present action should be dismissed.


Thompson Consumer Law Group, PLLC      Ogletree, Deakins, Nash, Smoak
                                                 & Stewart, PLLC

| | |
|---|---|
| /s/Joseph Panvini (with consent) | /s/Benjamin A. Anchill |
| JOSEPH PANVINI | BENJAMIN A. ANCHILL |
| Attorney for Plaintiff | Attorney for Defendant |
| 5235 E. Southern Ave., D-106-618 | 34977 Woodward Avenue, Suite 300 |
| Mesa, AZ 85206 | Birmingham, MI 48009 |
| (602) 388-8875 | (248) 593-6400 |
| jpanvini@consumerlawinfo.com | benjamin.anchill@ogletreedeakins.com |

Based upon the above stipulation of counsel for the parties:

IT IS ORDERED that the claim brought by Plaintiff in this lawsuit be submitted to final and binding arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.* ("FAA").

IT IS FURTHER ORDERED that this lawsuit is dismissed without prejudice to the ability of either party to return to the Court for the purpose of asking the Court to enter judgment on the arbitration award pursuant to 9 U.S.C. § 9.

Date: June 1, 2017

/s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Judge